# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JULIO CESAR RIVAS, ) ) ) Petitioner, ) ) v. ) ) SIRCOYA WILLIAMS, ) Warden, California Medical ) Facility, ) ) Respondent. ) _____ ) | Case No.: |

## PETITIONER JULIO CESAR RIVAS'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF VERIFIED PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW Petitioner, Julio Cesar Rivas ("Petitioner"), by and through undersigned counsel, and hereby moves this Honorable Court for leave to file a Memorandum in Support of his Verified Petition for Writ of Habeas Corpus.

On November 26, 2025, Petitioner timely filed his Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Petitioner respectfully requests leave for a period of fourteen (14) days to file a Memorandum in support of his petition.

WHEREFORE, Petitioner respectfully requests this Court grant this motion for leave and any other relief the Court deems warranted.

DATED:  November 26, 2025

        Respectfully submitted,

        CRIMINAL APPEALS ADVOCATES P.C.

        By:  <u>/s/ Kristen Mason</u>
        Attorney for Petitioner

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the following document with the Clerk of the Court using the CM/ECF system:

**PETITIONER JULIO CESAR RIVAS'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF VERIFIED PETITION FOR WRIT OF HABEAS CORPUS**

I also served Petitioner's Motion for Leave to File Memorandum in Support of Verified Petition for Writ of Habeas Corpus by causing to be placed a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as follows:

> LEGAL MAIL
> Julio Cesar Rivas # BT4308
> P.O. Box 2000
> Vacaville, CA 95696-2000
> **Via U.S. Mail**

This document was mailed from 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064. I declare under penalty of perjury that the foregoing is true and correct, and this declaration was executed at Los Angeles, California, on November 26, 2025.

/s/ Kristen Mason
Kristen Mason
